No. 147. SAWYER v. WISCONSIN. On petition for writ of certiorari to the Supreme Court of Wisconsin. August 28, 1953. Dismissed per stipulation pursuant to Rule 35 of the Rules of this Court. *Alfons B. Landa, Arthur D. Condon, Warren E. Magee* and *Delmar W. Holloman* for petitioner. *William J. McCauley* for respondent. 

OCTOBER 5, 1953.

No. 121. WALDER v. UNITED STATES. Certiorari, 345 U. S. 992, to the United States Court of Appeals for the Eighth Circuit. It is ordered that *Paul A. Porter,* of Washington, D. C., a member of the Bar of this Court, be appointed to serve as counsel for the petitioner in this case.